**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | **17-30992** |
| **Carolyn Hampton** | ) | | |
| | ) | **Chapter:** | **Chapter 13** |
| **Debtor** | ) | | |
| | ) | **Judge:** | **Carol A. Doyle** |

**NOTICE OF MOTION**

TO**:** See attached list

PLEASE TAKE NOTICE that on **January 18th, 2022** at **9:30AM**, I will appear before the Honorable Carol A. Doyle, or any judge sitting in that judge's place, and present the **MOTION TO VACATE PAYROLL**, a copy of which is attached

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-8287666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **161 155 8289** and the password is **Doyle742**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By:   */s/ Charles Kinzer*
Charles Kinzer
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
312.332.1800
ndil@geracilaw.com

Rec No. 753081
WD - NOTICE OF MOTION ZOOM

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | Case No: | 17-30992 |
| **Carolyn Hampton** | ) | | |
| | ) | Chapter: | Chapter 13 |
| **Debtor** | ) | | |
| | ) | Judge: | Carol A. Doyle |

**CERTIFICATE OF SERVICE**

I, Charles Kinzer, hereby certify that I served a copy of this notice along with the aforementioned document upon the listed parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 55 E. Monroe, Suite 3400, Chicago, Illinois, on January 6, 2022 at 5:30 PM.

**LIST OF PARTIES SERVED**

Thomas H. Hooper, 55 E. Monroe St. #3850, Chicago, IL 60603

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Carolyn R Hampton, 12428 S Harvard Avenue, Chicago, IL 60628

Aetna Inc., attn. Payroll Services, RS61, 151 Farmington Ave., Hartford, CT 06156

**IN THE UNITED STATES OF BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: ) | Case No: | 17-30992 |
|   Carolyn Hampton ) | | |
|       Debtor ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | Carol A. Doyle |

**MOTION TO VACATE ORDER FOR PAYROLL CONTROL ENTERED ON 07/13/2020**

NOW COMES the Debtor, Ms. Carolyn Hampton (the "Debtor"), by and through her attorneys, Geraci Law L.L.C., to present her **MOTION TO VACATE ORDER FOR PAYROLL CONTROL ENTERED ON 07/13/2020**, and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 10/17/2017.

3. The plan was confirmed on 11/28/2017.

4. On 07/13/2020, the payroll control order was entered at the Debtor's consent. See Exhibit A.

5. The Debtor has completed all required plan payments and is awaiting only the Trustee's final audit for the case to close.

WHEREFORE, the Debtor, Ms. Carolyn Hampton prays that this Court enter an order vacating the order for payroll control entered on 07/13/2020 and for such further additional relief that this Court may deem just and proper.

                                                   /s/ Charles Kinzer
                                                    Charles Kinzer

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800   (Fax):   877.247.1960